EDINGTON v. MASSON et al. †

(Circuit Court of Appeals, Fifth Circuit. March 29, 1910.)

No. 1,903.

BANKRUPTCY (§ 178*)—RIGHTS OF INSOLVENT—SETTLEMENT OF LIEN.

Where an insolvent in Alabama contested his father's will, he was entitled, as against his creditors, to abandon or settle the contest at any stage, at his election, and on his subsequent adjudication as a bankrupt his trustee had no cause of action growing out of the settlement or abandonment, unless to recover any sum or sums the bankrupt might have received and afterwards transferred in derogation of the bankruptcy law.

[Ed. Note.—For other cases, see Bankruptcy, Dec. Dig. 178.*]

Appeal from the District Court of the United States for the Southern District of Alabama.

Action by D. H. Edington against J. Henry Masson and others. Judgment for defendants, and plaintiff appeals. Affirmed.

W. H. McIntosh, Jos. C. Rich, and Chas. P. Fenner, for appellant. Gregory L. Smith and Harry T. Smith, for appellees.

Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. In Alabama, when an insolvent contests his father's last will, he may abandon or settle the contest at any stage of the litigation upon any terms he pleases, and his creditors have no cause to complain, and his subsequent adjudication in bankruptcy will

not give the trustee any cause of action growing out of such settlement or abandonment, unless it be to recover any sum or sums the bankrupt may have received and afterwards transferred in derogation of the bankruptcy law.

The decree of the District Court is affirmed.